UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| HALIMA WILLIAMS, | ) |
| Plaintiff, | ) Case No. 5:24-cv-00137-GFVT |
| v. | ) |
| MEMBERS HERITAGE CREDIT UNION, *et al.*, | ) **JUDGMENT** |
| Defendants. | ) |

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Halima Williams's Complaint **[R. 1]** is **DISMISSED** with prejudice for failure to state a claim upon which relief can be granted; and

2. This matter is **STRICKEN** from the docket.

This the 25th day of March 2025.

Gregory F. Van Tatenhove
United States District Judge

2